

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Calvin Gardner, Appellant

No. 06-24-00127-CR     v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 22F0820-202). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by changing the statute for offense from Section 71.02(b) to Section 71.02(a) of the Texas Penal Code and by changing the total time credit timespan from 6/5/2022–6/7/2022 to 6/5/2022–6/7/2024. As modified, we affirm the judgment of the trial court.

We note that the appellant, Calvin Gardner, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 24, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk